IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFERY J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV20 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST DATA, Corporation, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

     This matter is before the court on its own motion.  On June 3, 2008, the court entered a Memorandum and Order giving Plaintiff until July 5, 2008 to show cause why this case should not be dismissed due to Plaintiff's failure to serve summons on Defendant by May 15, 2008.  Plaintiff was notified that "[i]f Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without further notice."  (Filing No. 5 at CM/ECF p. 2.)  Plaintiff has not responded to the court's June 3, 2008 Memorandum and Order.

     IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Complaint and this action are dismissed.

    2.    A separate Judgment will be entered.

July 14, 2008.          BY THE COURT:

                       s/*Richard G. Kopf*
                     United States District Judge